**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Morgan, | No. CV-20-00204-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Linebarger Goggan Blair & Sampson LLP, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41, the Plaintiff noticed voluntarily dismisses the above-entitled and numbered action, with prejudice as to Plaintiff and without prejudice as to the unnamed putative class members.

**Accordingly,**

**IT IS ORDERED** that the Clerk of the Court shall enter judgment pursuant to the Notice of Voluntary Dismissal (Doc 7), with prejudice as to Plaintiff and without prejudice as to unnamed putative class members.

Dated this 20th day of August, 2020.

David C. Bury
United States District Judge