IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Morgan,<br><br>    Plaintiff,<br><br>v.<br><br>Linebarger Goggan Blair & Sampson LLP,<br><br>    Defendant. | **NO. CV-20-00204-TUC-DCB**<br><br>**JUDGMENT OF DISMISSAL<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and Plaintiff having filed a Notice of Dismissal, this action is hereby dismissed with prejudice as to Plaintiff and without prejudice as to unnamed putative class members.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

August 21, 2020

                                            s/ M. Espinoza
                                  By   Deputy Clerk